12/14/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 1:52:31 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2015-26056        COURT:   61ST        TENTATIVE DUE DATE:    1/12/2016

APPEAL TYPE     REGULAR (NO Post Judgment Motions)        CASE STATUS:    DISPOSED (FINAL)

APPELLANT:    DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION

APPELLEE:    JASON AND EMILY MEDLEY

EVENT FILE DATE     12/11/2015        NUMBER OF DAYS: 60

EVENT CODES;    BC, C, OA

FILED BY:    **NEAL D CANNON JR**        TBN:    **3754000**

DATE ORDER SIGNED    11/13/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67873395        VOLUME:        PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : NONE

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

**By:   /s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

NO. 2015-26056

| | | |
|---|---|---|
| DEAN SIERRA, INDIVIDUALLY AND | } | IN THE 61ST JUDICIAL |
| D/B/A ALL STUD'S CONSTRUCTION | } | |
| | | |
| VS. | } | DISTRICT COURT OF |
| | | |
| JASON MEDLEY AND WIFE, | } | |
| EMILY MEDLEY | } | HARRIS COUNTY, TEXAS |

## PLAINTIFF AND COUNTER-DEFENDANT'S NOTICE OF APPEAL

Plaintiff and Counter-Defendant, Dean Sierra, Individually and d/b/a All Stud's Construction, hereby gives notice that he desires to appeal the above styled and numbered cause to either the First or Fourteenth Court of Appeals. The Judgment appealed from is the Order Granting Defendants' Motion for Summary Judgment in this case signed on November 13, 2015, a copy of which is attached hereto.

This Notice is timely filed.

NEAL CANNON & ASSOCIATES, P.C.

By _____
     NEAL D. CANNON, JR.
State Bar No. 03754000
Attorney for Plaintiff and Counter-Defendant
P.O. Box 70066
Houston, Texas  77270
Phone: 713/260-3900
Fax:  713/260-3902
email: neal@ncannonlaw.com

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th day of December, 2015, a true and accurate copy of the foregoing Notice was served on counsel for Defendants and Counter-Plaintiffs, Maria L. Fox of LeClair Ryan, 1233 West Loop South, Suite 1000, Houston, Texas 77027, by electronic service and by fax to 713/650-0027.

_____
Neal D. Cannon, Jr.

2

10/8/2015 1:46:03 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7291475
By: FITZGERALD, JUSTIN M
Filed: 10/8/2015 1:46:03 PM
Pgs-3
7A

CAUSE NO. 2015-26056

| | | |
|---|---|---|
| DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION | § § § § | IN THE DISTRICT COURT OF |
| Plaintiff | | |
| | | |
| vs. | § § | HARRIS COUNTY, TEXAS |
| | | |
| JASON MEDLEY AND WIFE, EMILY MEDLEY | § § § | |
| Defendants | § | 61ST JUDICIAL DISTRICT |

## <u>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S EXECUTED RELEASE</u>

On this day came to be heard DEFENDANTS', JASON AND EMILY MEDLEY, MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S EXECUTED RELEASE. The Court, having reviewed the Motion, the response, the pleadings on file with the Court, the summary judgment evidence, and the arguments of counsel, is of the opinion it should be **GRANTED.** It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's, DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION, cause of action for breach of contract against Defendants, JASON AND EMILY MEDLEY, is hereby dismissed with prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's, DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION, cause of action for quantum meruit against Defendants, JASON AND EMILY MEDLEY, is hereby dismissed with prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's, DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION, cause of action for unjust

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

enrichment against Defendants, JASON AND EMILY MEDLEY, is hereby dismissed with prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's, DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION, cause of action for theft against Defendants, JASON AND EMILY MEDLEY, is hereby dismissed with prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's, DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION, cause of action for conversion against Defendants, JASON AND EMILY MEDLEY, is hereby dismissed with prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff takes nothing from Defendants and costs are taxed against each respective party incurring the same.

Signed: *Eric E. Lunsford*
11/13/2015

**JUDGE PRESIDING**

2

**APPROVED AND ENTRY REQUESTED:**

LeClairRyan

By: _____

MARIA L. FOX
State Bar No.: 07335250
**SHANNON RAMIREZ**
State Bar No.: 00794537
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: maria.fox@leclairryan.com
Email: shannon.ramirez@leclairryan.com

**ATTORNEYS FOR DEFENDANTS/COUNTER
-PLAINTIFFS,
JASON MEDLEY AND EMILY MEDLEY**

3

**(13) CONNECTION(S) FOUND.**

| CASE NUM: | 201526056 | PJN: | | TRANS NUM: | | CURRENT COURT: | 61 | PUB: | Please Select |

| CASE TYPE: | DEBT/CONTRACT - DEBT/CONTRACT | CASE STATUS: | DISPOSED (FINAL) |

| STYLE: | SIERRA, DEAN | VS | MEDLEY, JASON |

**** INACTIVE PARTIES ****

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| ☐ | 00006 - 0001 | 3PD | | GONZALEZ, RICKY | | |
| ☐ | 00003 - 0004 | 3PP | 07335250 | MEDLEY, EMILY | | FOX, MARIA L. |
| ☐ | 00002 - 0004 | 3PP | 07335250 | MEDLEY, JASON | | FOX, MARIA L. |
| ☐ | 00005 - 0001 | 3PD | 24080004 | ANC AC HEATING & ELECTRICAL | | ALDAPE, BERNARDO III |
| ☐ | 00004 - 0001 | 3PD | 24080004 | PEREZ, CESARIO MOJICA (INDIVIDUALLY AND D/ | | ALDAPE, BERNARDO III |
| ☐ | 00003 - 0003 | 3PP | 07335250 | MEDLEY, EMILY | | FOX, MARIA L. |
| ☐ | 00002 - 0003 | 3PP | 07335250 | MEDLEY, JASON | | FOX, MARIA L. |
| ☐ | 00003 - 0002 | XPL | 07335250 | MEDLEY, EMILY | | FOX, MARIA L. |
| ☐ | 00002 - 0002 | XPL | 07335250 | MEDLEY, JASON | | FOX, MARIA L. |
| ☐ | 00001 - 0002 | XDF | 03754000 | SIERRA, DEAN | | CANNON, NEAL DURANT JR. |
| ☐ | 00003 - 0001 | DEF | 07335250 | MEDLEY, EMILY | D | FOX, MARIA L. |
| ☐ | 00002 - 0001 | DEF | 07335250 | MEDLEY, JASON | D | FOX, MARIA L. |
| ☐ | 00001 - 0001 | PLT | 03754000 | SIERRA, DEAN | D | CANNON, NEAL DURANT JR. |

| Submit Query | 1 | Total Pages | **Submit Query** | **Submit Query** | 1 | **Submit Query** | **Submit Query** | Records Per-Page | 20 |

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |

Harris County Information Technology Center (ITC) Justice Applications